UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
Dawne Marie Eddens § Case No. 13-34966
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     PETER C. MCKITTRICK, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $     (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $     from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter    on       . The case was pending for    months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/PETER C. MCKITTRICK_____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Green Tree Servicing, LLC PO Box 94710 Palatine, IL 60094-4710 | | | | | |
| | Northwest Community Management c/o Marshall Fant PO Box 23099 Tigard, OR 97281 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Mortgage PO Box 10335 Des Moines, IA 50306 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER C. MCKITTRICK | | | | | |
| PETER C. MCKITTRICK | | | | | |
| Union Bank | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | | | | |
| | ODR 955 Center Street, NE Room 353 Attn: Bankruptcy Unit Salem, OR 97301 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 982235 El Paso, TX 79998-2235 | | | | | |
| | RCO Legal, P.S. 13555 SE 36th Street, Suite 300 Bellevue, WA 98006 | | | | | |
| | eCAST Settlement Corporation | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-34966 | TMB | Judge: | Trish M. Brown | Trustee Name: | PETER C. MCKITTRICK |
|---|---|---|---|---|---|---|
| Case Name: | Dawne Marie Eddens | | | | Date Filed (f) or Converted (c): | 08/05/2013 (f) |
| | | | | | 341(a) Meeting Date: | 09/04/2013 |
| For Period Ending: | 07/23/2014 | | | | Claims Bar Date: | 02/18/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 11334 Nw Kimble Court, Portland, Oregon 97229  See NOI docket #14  Please note that Big Blue Capital is now RenX Group, LLC | 337,512.00 | 7,500.00 | | 7,500.00 | FA |
| 2. Bank Of America Checking $400 Bank Of America (Childrens' Ac | 400.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods, Dvds' & Electronics | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. Books, Artwork & Nick Nacks | 100.00 | 0.00 | | 0.00 | FA |
| 5. Clothing/Shoes/Coats | 200.00 | 0.00 | | 0.00 | FA |
| 6. Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 7. 401(K) ($90,000 Estimate) | 0.00 | 0.00 | | 0.00 | FA |
| 8. Child Support ($514/Mo) Sporadic | 0.00 | 0.00 | | 0.00 | FA |
| 9. Child Support Arrears ($2570 Estimate) | 0.00 | 0.00 | | 0.00 | FA |
| 10. Earned Income Credit | 0.00 | 0.00 | | 0.00 | FA |
| 11. Wages ($227 Estimate) | 0.00 | 0.00 | | 0.00 | FA |
| 12. Term Life Insurance - No Value | 0.00 | 0.00 | | 0.00 | FA |
| 13. 2004 Buick Rendezvous (125K Miles) - Has Electrical And Mech | 3,058.00 | 0.00 | | 0.00 | FA |
| 14. bank of america preference funds  Creditor determined and provided back-up that debtor's $6,000 payment was not a payment, but rather a balance transfer from Chase. | 6,000.00 | 5,244.59 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $349,270.00     $12,744.59     $7,500.00     $0.00

(Total Dollar Amount in Column 6)

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

Case 13-34966-tmb7     Doc 25     Filed 08/21/14

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

11-15-13: Big Blue Cap is going to purchase the property for $7500.  NOI filed. Also BOA is sending $5244.59 in preference funds.
12/10/13 PM: Trustee delivered Trustee's Deed to BBC; correspondence with B of A ongoing to collect $5244.59.
3/24/14 (CM); Case is TFR ready and placed in line for preparation of same
4/6/14 (CM): TFR/NFR prepared to submit to UST

Exhibit 8

Initial Projected Date of Final Report (TFR): 12/31/2014     Current Projected Date of Final Report (TFR): 05/31/2014

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 13-34966
Case Name: Dawne Marie Eddens
Taxpayer ID No: XX-XXX7313
For Period Ending: 07/23/2014

Trustee Name: PETER C. MCKITTRICK
Bank Name: Union Bank
Account Number/CD#: XXXXXX2146
Checking
Blanket Bond (per case limit): $90,360,079.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/09/13 | 1 | RenX Group, LLC<br>4040 SW Douglas Way<br>Lake Oswego Or. 97035 | Sale of Fee Interest in Real Estate<br>Sale to BBC for 7500.00. No closing statement because sale is subject to all liens and not handled through escrow. | 1110-000 | $7,500.00 | | $7,500.00 |
| 01/27/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $7,485.00 |
| 02/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $7,470.00 |
| 06/04/14 | 3001 | PETER C. MCKITTRICK<br>515 NW Saltzman Rd<br>PORTLAND, OR 97229 | Final distribution representing a payment of 100.00 % per court order (Dkt #24). | 2100-000 | | $1,500.00 | $5,970.00 |
| 06/04/14 | 3002 | PETER C. MCKITTRICK<br>515 NW Saltzman Rd<br>PORTLAND, OR 97229 | Final distribution representing a payment of 100.00 % per court order (Dkt #24). | 2200-000 | | $7.85 | $5,962.15 |
| 06/04/14 | 3003 | eCAST Settlement Corporation assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Final distribution representing a payment of 92.39 % per court order (Dkt #24). | 7100-000 | | $5,962.15 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $7,500.00 | $7,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $7,500.00 | $7,500.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $7,500.00 | $7,500.00 |

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

Page Subtotals: $7,500.00 $7,500.00

Case 13-34966-tmb7    Doc 25    Filed 08/21/14

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2146 - Checking | $7,500.00 | $7,500.00 | $0.00 |
|  | $7,500.00 | $7,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| **Total Allocation Receipts:** | $0.00 |
| **Total Net Deposits:** | $7,500.00 |
| **Total Gross Receipts:** | $7,500.00 |

Page Subtotals: $0.00 $0.00

Case 13-34966-tmb7    Doc 25    Filed 08/21/14